UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

MEDCHOICE RISK RETENTION
GROUP, INC.

vs.

CASE NO. 5:21-CV-00054-LGW

MAHENDRA AMIN, M.D.

DISCLOSURE STATEMENT
S.D. Ga. LR 7.1.1

The undersigned, counsel of record for Mahendra Amin, M.D. certifies that the following is a full and complete list of the parties in this action:

| Name | Identification & Relationship |
|---|---|
| MedChoice Risk Retention Group, Inc. | Plaintiff |
| Mahendra Amin, M.D. | Defendant |

The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of the above-identified parties:

Name  N/A                Identification & Relationship

The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or any publicly-held corporation that holds 10% or more of a party's stock):

Name  N/a                Identification & Relationship

_____          10/19/21
Signature                          Date