IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| MEDCHOICE RISK RETENTION GROUP, INC., | |
| Plaintiff, | CIVIL ACTION NO.: 5:21-cv-54 |
| v. | |
| MAHENDRA AMIN, M.D., | |
| Defendant. | |

**O R D E R**

This matter is before the Court on the parties' Joint Status Report. Doc. 31. This case concerns Plaintiff's duty to defend or indemnify Defendant in a currently pending class action out of the Middle District of Georgia. See Doc. 1 at 1. Discovery in the class action has been stayed due to ongoing Government investigations and potential criminal proceedings arising from those investigations. Order, Oldaker v. Giles, No. 7:20-cv-224 (M.D. Ga. Feb. 1, 2022), ECF No. 187, p. 3.

A stay is currently in place for this case. Doc. 25. In their most recent status report, the parties ask for that stay to continue. Doc. 31 at 2. Given the representations of the parties, the stay of all deadlines in this case shall remain in place. I **DIRECT** the parties to submit a joint update in 90 days. The joint update is due **on or before February 1, 2023**.

**SO ORDERED**, this 9th day of November, 2022.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA